# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ANN WHITECOTTON HOMES, LLC, § <br> AND GREAT AMERICAN ASSURANCE § <br> COMPANY AS SUBROGEE OF ANN § <br> WHITECOTTON HOMES, LLC § <br>   *Plaintiffs,* § <br> § <br> VS. § <br> § <br> CALIFORNIA FAUCETS, INC., ET AL. § <br>   *Defendants.* § | CASE NUMBER: 3:21-CV-01965-N |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, by their counsel, hereby stipulate to the dismissal of this action with prejudice and without costs or fees to any party.

Dated:  March 22, 2022

                                                  Respectfully submitted,

                                                  By:  __*/s/ W. Chris Surber //*_____
                                                      W. Chris Surber
                                                      Texas Bar No. 24064052
                                                GAUNTT KOEN BINNEY & KIDD LLP
                                                25700 I-45 North, Suite 130
                                                Spring, Texas 77386
                                                Telephone:   281-367-6555
                                                Facsimile:   281-367-3705
                                                Email:      chris.surber@gkbklaw.com
                                                Counsel for Plaintiffs

By: __/s/ Christopher G. Rigler //_____
    David A. McFarland
    Texas Bar No. 00791223
    Christopher G. Rigler
    Texas Bar No. 24091028
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone:   214-871-8200
Facsimile:   214-871-8209
Email: dmcfarland@thompsoncoe.com
Email: crigler@thompsoncoe.com
Counsel for Defendant,
California Faucets, Inc.

By: __/s/ Justin K. Cho //_____
    J. Allen Smith
    Texas Bar No. 18616900
    Byron L. Kelley
    Texas Bar No. 24065547
    Justin K. Cho
    Texas Bar No. 24101618
SETTLEPOU
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
Telephone:  214-520-3300
Facsimile:  214-526-4145
Email: asmith@settlepou.com
Email: bkelley@settlepou.com
Email: jcho@settlepou.com
Counsel for Defendant,
Zurn Industries, LLC doing business as
Zurn Industries Plumbing Products, LLC

                                                By: */s/ John F. Elwood //*
                                                      John F. Elwood
                                                      Texas Bar No. 06594600
                                                      Attorney-In-Charge
Rigby & Rigby
5615 Kirby Dr., Suite 550
Houston, Texas 77005
Telephone:     713-600-4700
Facsimile:     713-600-0702
Email: elwood@rigbylaw.com
Counsel for Defendant,
McKinzie's Plumbing, LLC

**CERTIFICATE OF SERVICE**

   Pursuant to the Federal Rules of Civil Procedure, a copy of this document was served on the below counsel on March 22, 2022.

Mr. David A. McFarland
Mr. Christopher G. Rigler
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 North Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone:	214-871-8200
Facsimile:	214-871-8209
Email:		dmcfarland@thompsoncoe.com
Email:		crigler@thompsoncoe.com
Counsel for Defendant,
California Faucets, Inc.

Mr. J. Allen Smith
Mr. Byron L. Kelley
Mr. Justin K. Cho
SETTLEPOU
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
Telephone:	214-520-3300
Facsimile:	214-526-4145
Email:		asmith@settlepou.com
Email:		bkelley@settlepou.com
Email:		jcho@settlepou.com
Counsel for Defendant,
Zurn Industries, LLC doing business as
Zurn Industries Plumbing Products, LLC

John F. Elwood
Rigby & Rigby
5615 Kirby Dr., Suite 550
Houston, Texas 77005
Telephone:	713-600-4700
Facsimile:	713-600-0702
Email:		elwood@rigbylaw.com
Counsel for Defendant,
McKinzie's Plumbing, LLC

                __/s/W. Chris Surber//_____
                W. Chris Surber